IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| CARRIE CARMODY,<br><br>        Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, a New York corporation,<br><br>        Defendant. | CASE NO. CV 04-497-S-MHW<br><br>**JUDGMENT** |

On April 24, 2006,, the Court entered a Memorandum Decision and Order which GRANTED the Defendant's motions for summary judgment, and otherwise ruled on all other outstanding motions in the case. Pursuant to that Order, Judgment is hereby entered in favor of the Defendant and the case is dismissed with prejudice.

DATED: **April 24, 2006**

Honorable Mikel H. Williams
United States Magistrate Judge

**Judgment - Page 1**